IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| BEECHWOOD LAKELAND HOTEL, LLC,<br><br>Plaintiff,<br><br>v.<br><br>U.S. BANK, National Association, as Trustee for the Registered Holders of Wells Fargo Commercial Mortgage Trust 2012-LC5, Commercial Mortgage Pass-Through Certificates, Series 2012-LC5,<br><br>Defendant. | Case No. _____<br><br><br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER** |

**THIS CAUSE** having come before this Court, and the Court having reviewed the Complaint with exhibits filed by Plaintiff, BEECHWOOD LAKELAND HOTEL, LLC, dated on the 1st day of May 2020; the Declaration of Thomas D. Arnot, with exhibits; Plaintiff's Motion for Temporary Restraining Order and Incorporated Memorandum of Law and the accompanying papers, all submitted in support of Plaintiff's Motion for Temporary Restraining Order, pursuant to Fed. R. Civ. P. 65 and Local Rule 4.05, seeking an order enjoining and/or restraining the Defendant, U.S. BANK, National Association, as Trustee for the Registered Holders of Wells Fargo Commercial Mortgage Trust 2012-LC5, Commercial Mortgage Pass-Through Certificates, Series 2012-LC5, and all persons acting in concert with them from declaring a default under the loan documents between Plaintiff and Defendant as a result of Plaintiff applying for and receiving funds made available under the Coronavirus Aid, Relief, and Economic Security Act's Paycheck Protection Program and due deliberation having been had, and good and sufficient cause having been shown;

**NOW**, upon Plaintiff's Complaint, the Declaration of Thomas D. Arnot, with exhibits, the accompanying Memorandum of Law and the accompanying papers,

**IT IS ADJUDGED AND ORDERED** that

(1) Plaintiff's Motion for Temporary Restraining Order is hereby **GRANTED**. Defendant is hereby temporarily restrained and enjoined from declaring a default under the loan documents between Plaintiff and Defendant as a result of Plaintiff (i) applying for and accepting funds made available under the Coronavirus Aid, Relief, and Economic Security Act's Paycheck Protection Program.

(2) Defendant is hereby temporarily restrained and enjoined from exercising any remedies and/or penalties against Plaintiff related to Plaintiff applying for and accepting funds made available under the Coronavirus Aid, Relief, and Economic Security Act's Paycheck Protection Program, including but without limitation, assessing fees, penalties, default interest and/or exercising rights and/or remedies against the guarantors of the Plaintiffs' loans; and it is further.

(3) No security is required from Plaintiffs for the pendency of this action.

(4) Defendant shall appear before this Court at a hearing to be held in Courtroom ___ of the United States District Court for the Middle District of Florida, United States Courthouse, 801 N. Florida Avenue, Tampa, Florida, on the ___ day of May, 2020, at _____ a.m./p.m.[1], or as soon thereafter as counsel may be heard, to show cause why the temporary restraining order should not become a preliminary injunction pursuant to Fed. R. Civ. P. 65, enjoining Defendant during the pendency of this action from declaring a default under the loan documents between Plaintiff and Defendant as a result of Plaintiff: (i) applying for and accepting funds made

---

[1] This hearing may also be conducted via teleconference in light of the COVID-19 pandemic provided counsel for all parties' consent to such telephonic hearing.

available under the Coronavirus Aid, Relief, and Economic Security Act's Paycheck Protection Program.

    (5)    Service of a copy of this Order, the Complaint, Plaintiff's Motion for Temporary Restraining Order and Incorporated Memorandum of Law, the Declaration of Thomas D. Arnot, with exhibits and the Memorandum of Law via Federal Express be made upon the Defendant on or before _____ shall be deemed good and sufficient service thereof.

Dated: Tampa, Florida
       May, \_\_\_, 2020

Time:_____ a.m/p.m.

                                         By: _____
                                               United States District Judge